UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK JAMES WARNER,

    Plaintiff,

v.                                                                    Case No. 11-10444

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                          /

**JUDGMENT**

In accordance with the court's "Opinion and Order Overruling Plaintiff's Objections, Adopting the Magistrate Judge's Recommendation . . ." dated March 22, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Frank James Warner.

Dated at Detroit, Michigan, this 22th day of March 2012.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                s/ Lisa Wagner
                                          By:  Lisa Wagner, Case Manager
                                                   to Judge Robert H. Cleland